

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-32,594-06

### EX PARTE STEVEN DUANE CATHCART, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS CAUSE NO. 1107125-C IN THE 248TH DISTRICT COURT FROM HARRIS COUNTY

*Per curiam*.

### O R D E R

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court this application for a writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant was convicted of robbery and sentenced to twelve years' imprisonment. The First Court of Appeals dismissed his appeal. *Cathcart v. Texas*, No. 01-07-01026-CR (Tex. App.—Houston [1st Dist.] Dec. 11, 2008) (not designated for publication).

In a single ground, Applicant claimed that at his parole-revocation hearing his due process rights were violated, he was denied his right to appointed counsel, and his hearing officer abused his discretion. We denied relief. Before we denied relief, Applicant filed supplemental grounds in Harris

County. These grounds have now been forwarded to this Court. We now reopen this application, and after reviewing Applicant's original and supplemental grounds, we deny relief.

Filed:   January 30, 2919

Do not publish